UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABCELLERA BIOLOGICS INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BERKELEY LIGHTS, INC.,<br><br>Defendant. | Case Nos. 20-CV-08624-LHK<br>20-CV-08626-LHK<br>20-CV-08627-LHK<br><br>**CASE MANAGEMENT ORDER** |

On February 9, 2021, the Court issued a case management order directing the parties to include case narrowing proposals in their March 10, 2021 joint case management statement ("JCMS"). ECF No. 52. The Court warned that it cannot litigate all 15 of Plaintiffs' asserted patents simultaneously. *Id.* The Court also noted its intention to consolidate the above three captioned cases. *Id.*

On March 10, 2021, the parties filed one JCMS for the three cases "with the understanding and intent that" the JCMS will apply to a single consolidated action. ECF No. 67 at 8. Accordingly, the Court consolidates 20-CV-08624-LHK, 20-CV-08626-LHK, and 20-CV-08627-LHK. Moreover, the Court continues the March 17, 2021 case management conference to July 7, 2021 at 2:00 p.m. The parties shall file a JCMS by June 30, 2021.

1
Case Nos. 20-CV-08624-LHK; 20-CV-08626-LHK; AND 20-CV-08627-LHK
CASE MANAGEMENT ORDER

In the March 10, 2021 JCMS, the parties detail competing proposals for case narrowing and the case schedule. As for case narrowing, Plaintiffs' proposal not only risks litigating all 15 patents at trial, but also does not narrow the case before claim construction. ECF No. 67 at 9–10. Thus, the Court adopts Defendant's proposal for case narrowing:

| Event/Timing | Limits/Narrowing |
|---|---|
| May 6, 2021 | Plaintiffs reduce the number of asserted patents to no more than 10; and total asserted patent claims to no more than 50. |
| | Any dependent claim that is asserted without a separate assertion of the claim(s) from which it depends shall count as the total number of claims in the dependency chain. |
| May 17, 2021 (in Defendant's invalidity contentions) | Defendant limits the number of asserted prior art reference combinations to no more than 10 per asserted claim. |
| After claim construction | 14 days after the Court's claim construction ruling, Plaintiffs reduce the number of asserted patents to no more than 8; and total asserted patent claims to no more than 32. |
| | 14 days thereafter, Defendant reduces the number of asserted prior art reference combinations to no more than 8 per asserted claim. |
| After the close of fact discovery and before opening expert reports | 14 days after the close of fact discovery, Plaintiffs reduce the number of asserted patents to no more than 6 patents; and total asserted patent claims to no more than 24. |
| | 14 days thereafter, Defendant reduces the number of asserted prior art reference combinations to no more than 6 per asserted claim. |
| After dispositive motions and before the pretrial conference | 14 days after the Court's decision on dispositive motions, Plaintiff reduces the number of asserted patents to no more than 4; and total asserted patent claims to no more than 16. |
| | 14 days thereafter, Defendant limits the number of asserted prior art reference combinations to no more than 4 per asserted claim. |

In addition, the Court will require further narrowing of asserted patents, patent claims, and prior art reference combinations after the pretrial conference and before trial. The parties shall provide competing proposals for further pretrial narrowing in their June 30, 2021 JCMS.

As to the case schedule, Plaintiffs propose delaying their disclosure of asserted claims and infringement contentions by over two months. ECF No. 67 at 13. Defendant's proposal, by

contrast, tracks the Patent Local Rules. Accordingly, the Court adopts Defendant's proposed schedule with some modifications. The Court sets the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Disclosure of Asserted Claims and Infringement Contentions | March 31, 2021 |
| Invalidity Contentions | May 17, 2021 |
| Exchange of Proposed Terms for Construction | June 1, 2021 |
| Settlement Conference with Magistrate Judge | June 10, 2021 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | June 22, 2021 |
| Damages Contentions | July 6, 2021 |
| Further Case Management Conference | July 7, 2021 |
| Joint Claim Construction and Prehearing Statement | July 16, 2021 |
| Responsive Damages Contentions | August 5, 2021 |
| Close of Claim Construction Discovery | August 16, 2021 |
| Opening Claim Construction Brief | August 30, 2021 |
| Responsive Claim Construction Brief | September 13, 2021 |
| Reply Claim Construction Brief | September 20, 2021 |
| Claim Construction Hearing | October 7, 2021 |
| Substantial Completion of Document Discovery | November 12, 2021 |
| Disclosure of Advice of Counsel Defense | January 3, 2022 or 30 days after claim construction ruling (whichever is later) |
| Close of Fact Discovery | February 1, 2022 or 60 days after claim construction ruling (whichever is later) |
| Opening Expert Reports | April 4, 2022 or 120 days after claim construction ruling (whichever is later) |
| Rebuttal Expert Reports | May 2, 2022 or 150 days after claim construction ruling (whichever is later) |

| Close of Expert Discovery | June 1, 2022 or 180 days after claim construction ruling (whichever is later) |
|---|---|
| Last Day to File Dispositive Motions and *Daubert* Motions | July 1, 2022 or 210 days after claim construction ruling (whichever is later) |
| Hearing on Dispositive Motions and *Daubert* Motions | September 1, 2022 |
| Pretrial Conference | November 10, 2022 |
| Jury Trial | December 12, 2022 |
| Length of Jury Trial | 7 days |

Moreover, the Court denies without prejudice the parties' requests to modify the Federal Rules of Civil Procedure's discovery limits. *See* ECF No. 67 at 6–7. If the parties renew these requests at a later time, they must provide justifications for any modification.

Lastly, the Court refers the parties to a settlement conference with United States Magistrate Judge Susan van Keulen to be completed by June 10, 2021. The parties shall file a stipulation of dismissal or joint settlement status report by June 17, 2021.

**IT IS SO ORDERED.**

Dated: March 11, 2021

_____
LUCY H. KOH
United States District Judge